United States District Court
Southern District of Texas

**ENTERED**
March 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BHAVANABEN HETALKUMAR PATEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-324 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Bhavanaben Hetalkumar Patel is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner contests whether the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) applies to her. She additionally contends that *Buenrostro* did not address whether the Fifth Amendment's Due Process Clause permits Respondents to detain an individual under Section 1225(b)(2)(A) without an opportunity to seek bond.

The Court has previously considered and rejected similar arguments. *See, e.g., Kardava v. Vergara*, Civil Case No. 1:25-309 (S.D. Tex., March 3, 2025) (citing *Zuniga v. Lyons*, No. 1:25-CV-221-H, 2025 WL 3755126, at *8 (N.D. Tex. Dec. 29, 2025); *Guzman-Diaz v. Noem*, No. 3:25-CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26-CV-00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than April 20, 2026, Petitioner Bhavanaben Hetalkumar Patel shall file a Statement explaining why the reasoning in the previously-referenced decisions does not apply to the claims that she presents.

If Petitioner does not file the Statement, the Court will deny the Petition.

Signed on March 30, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge